IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01923-JLK-CBS

CARRIE ANN LUCAS,
DEBBIE LANE,
JULIE REISKIN,
on behalf of themselves and all others similarly situated,

                              Plaintiffs,

v.

KMART CORPORATION,

                              Defendant.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Carrie Ann Lucas, Debbie Lane, and Julie Reiskin filed a motion for leave to file a Second Amended Class Action Complaint, adding five additional plaintiffs, and claims under the laws of California, Hawaii, Massachusetts, New York, Oregon, and Texas. Defendant Kmart Corporation ("Kmart") does not oppose this Motion. After considering the Plaintiffs' brief and applicable law, the Court **ORDERS:**

Plaintiffs' Unopposed Motion for Leave to File a Second Amended Class Action Complaint is **GRANTED,** and the Second Amended Class Action Complaint is deemed filed as of the date of this Order.

Date: March 22, 2006        BY THE COURT:

                                            S/John L. Kane
                                            SENIOR UNITED STATES DISTRICT JUDGE