IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01923-JLK

CARRIE ANN LUCAS,
DEBBIE LANE,
JULIE REISKIN,
EDWARD MUEGGE,
ROBERT G. GEYER,
STACY BERLOFF,
JEAN RYAN,
JAN CAMPBELL,

    on behalf of themselves and all others similarly situated,

                        Plaintiffs,

v.

KMART CORPORATION,

                         Defendant.

## ORDER GRANTING MOTION
## TO AMEND SETTLEMENT AGREEMENT

      Plaintiffs Carrie Ann Lucas, Debbie Lane, and Julie Reiskin, on behalf of themselves and all others similarly situated, and Defendant Kmart Corporation ("Kmart"), jointly moved for this Court's approval of the Amendment to the Settlement Agreement in this case.

      For the reasons set forth in the parties' Joint Motion to Amend Settlement Agreement, which this Court finds persuasive, the parties Motion is GRANTED and the Amendment to the Settlement Agreement is hereby APPROVED.

Dated: June 29, 2009

                                               BY THE COURT:

                                               ***S/John L. Kane***

                                               John L. Kane
                                             SENIOR U.S. DISTRICT COURT JUDGE