IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01923-JLK

CARRIE ANN LUCAS,
DEBBIE LANE,
JULIE REISKIN,
EDWARD MUEGGE,
ROBERT G. GEYER,
STACY BERLOFF,
JEAN RYAN,
JAN CAMPBELL,

    on behalf of themselves and all others similarly situated,

                         Plaintiffs,

v.

KMART CORPORATION,

                          Defendant.

## ORDER GRANTING MOTION
## TO MODIFY SETTLEMENT AGREEMENT

      Plaintiffs Carrie Ann Lucas, Debbie Lane, and Julie Reiskin, on behalf of themselves and all others similarly situated, and Defendant Kmart Corporation ("Kmart"), jointly moved for this Court's approval to modify the Settlement Agreement in this case .

      For the reasons set forth in the parties' Joint Motion to Modify Settlement Agreement (doc. #268), filed July 25, 2011, which this Court finds persuasive, the parties Motion is GRANTED and the modification to the Settlement Agreement is hereby APPROVED. Kmart shall remedy 130 stores during the period between May 9, 2012 and May 8, 2013, 130 stores

during the period between May 9, 2013 and May 8, 2014, and 84 stores during the period

between May 9, 2014 and May 8, 2015.


Dated: August 10, 2011

                                                                 BY THE COURT:

                                                                  *s/John L. Kane*  
                                                                  JOHN L. KANE, SENIOR JUDGE  
                                                                 UNITED STATES DISTRICT COURT